**大成 DENTONS**

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D  +1 212-768-6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

March 12, 2021

<u>VIA ECF</u>

The Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     Fischler v. Assembly Brands, Inc. Case No. 1:21-cv-00423-FB-RLM

Dear Judge Block:

We represent defendant Assembly Brands, Inc. ("Defendant") in the above-referenced matter.  We respectfully move the Court to set Defendant's deadline to answer, move, or otherwise respond to the plaintiff's complaint to April 15, 2021.

Plaintiff's counsel has consented to this extension, which will permit Defendant's counsel to investigate and the parties to communicate regarding plaintiff's allegations.  There have been no prior extensions.

                                                Respectfully submitted,


                                                */s/ Timothy J. Straub*
                                                Timothy J. Straub


cc:     All counsel of record (by ECF)