大成 DENTONS

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D    +1 212-768-6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  **Salans FMC SNR Denton McKenna Long**
dentons.com

March 12, 2021

<u>**VIA ECF**</u>

The Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     Fischler v. Assembly Brands, Inc. Case No. 1:21-cv-00423-FB-RLM

Dear Judge Mann:

We represent defendant Assembly Brands, Inc. ("Defendant") in the above-referenced matter.  We respectfully move the Court to set Defendant's deadline to answer, move, or otherwise respond to the plaintiff's complaint to April 15, 2021.

Plaintiff's counsel has consented to this extension, which will permit Defendant's counsel to investigate and the parties to communicate regarding plaintiff's allegations.  There have been no prior extensions.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:     All counsel of record (by ECF)